## WAYNE JONES *v.* COMMISSIONER OF CORRECTION
### (14527)

O'Connell, Lavery and Heiman, Js.

Argued November 2—decision released November 28, 1995

*James A. Shanley, Jr.*, special public defender, for the appellant (petitioner).

*Richard F. Jacobson*, assistant state's attorney, with whom, on the brief, were *Donald A. Browne*, state's attorney, and *Gerard Eisenman*, assistant state's attorney, for the appellee (respondent).

PER CURIAM. The judgment is affirmed.